# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-CR-30055-WDS |
| MARRIO ROBINSON, | ) | |
| Defendant. | ) | |

## MEMORANDUM & ORDER

Before the Court is defendant's motion for retroactive application of the Advisory Sentencing Guidelines (Doc. 79). Pursuant to Administrative Order 102 the Court appointed the Office of the Federal Public Defender to represent the defendant on his motion for retroactive application and sentence reduction. The case was assigned to Assistant Federal Public Defender Renee Schooley who concluded that the defendant did not qualify for a reduction, and therefore did not file a supplement to defendant's motion.

The defendant was released from custody in December, 2011, and is currently on Supervised Release. Moreover, he was originally sentenced to a mandatory minimum sentence, and was not eligible for the relief he seeks. Accordingly, the Court **DENIES** defendant's pro se motion for retroactive application of the Sentencing Guidelines.

**IT IS SO ORDERED.**

DATE:  4 April, 2012 

                              s/ WILLIAM D. STIEHL
                              **DISTRICT JUDGE**